FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2023

No. 04-22-00641-CV

**IN THE MATTER OF C.J.Z**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2022JUV00491
Honorable Jacqueline Herr-Valdez, Judge Presiding

# O R D E R

Appellant's brief was originally due on November 18, 2022 and was not filed. We notified appellant's counsel of the deficiency on November 30, 2022. *See* TEX. R. APP. P. 38.8(b)(2). In that notice, we instructed appellant to file a response by December 10, 2022 explaining why he has not timely filed a brief. To date, counsel has not responded to that notice.

Accordingly, we **order** appellant to file his brief by **January 13, 2023**. If appellant's attorney fails to file the brief by the date ordered, we will abate this appeal and remand to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. TEX. R. APP. P. 38.8(b)(2).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court